JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>vs.<br><br>AGS WALL SYSTEMS, INC., a California non-profit corporation; SEASUN JACKLYN McGUIRE, an individual; ENRIQUE ARTURO ARAIZA, an individual; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 11-04085 MMM (VBKx)<br><br>JUDGMENT FOR PLAINTIFFS |

On November 21, 2012, the court granted plaintiffs' motion for summary judgment Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiffs recover from defendant Enrique Arturo Araiza the sum of

$44,440.09, representing $17,269.15 in unpaid contributions, $1,525.44 in prejudgment interest, and $25,645.50 in attorneys' fees;

2. That the judgment bear interest at the rate of .10% per annum; and

3. That the action be, and it hereby is, dismissed.

DATED: May 30, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2